

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00763-CR

Ronald Charles **WOOLRIDGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4822
Honorable Laura Parker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 26, 2018.

_____
Karen Angelini, Justice